UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:07CR50 HEA |
| JOHN BOWMAN, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Amend Conditions of Probation [Doc. #518]. The Court agrees to modify the conditions of probation to allow for a more lenient restitution payment schedule.

Accordingly,

**IT IS HEREBY ORDERED** that the motion is granted as to the method of payment of restitution only. The defendant will be required to make regular monthly restitution payments toward the outstanding balance of his financial responsibility herein in the amount of $350.00 per month until the outstanding balance is paid in full. All payments are due by the eighteenth day of each succeeding month until the obligation has been satisfied. The financial obligation herein must be fully satisfied before the expiration of the probationary period previously imposed.

Dated this 10th day of June, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE